IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY PARKER, | ) | 8:14CV192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v, | ) | ORDER |
| | ) | |
| FARMLAND FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that Defendant's motion for extension of time (filing 18) is granted, as follows: Defendant shall have until November 10, 2014, to file a reply regarding its motion to dismiss (filing 13).

    DATED this 4th day of November, 2014.

                                            BY THE COURT:

                                            s/ Richard G. Kopf
                                            Senior United States District Judge