# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>FARMLAND FOODS, INC.,<br><br>    Defendant. | 8:14CV192<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 33),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay their own costs and attorney fees.

December 4, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge